UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL T. HENDRIX, | No. 2:22-cv-1319 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPT. OF CORR. AND REHAB., et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: September 26, 2022

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
hend1319.36