# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARCELL T. HENDRIX,**

v.

CASE NO: **2:22–CV–01319–TLN–CKD**

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/25/2023**

**Keith Holland**
Clerk of Court

ENTERED: **September 25, 2023**

by: _/s/ K. Yin_____
Deputy Clerk